IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

LUKIS JOSEPH CRUZ,

    Plaintiff,

v.                                                                                      No. 18cv655 KG/CG

AUDREY LYNN MOREY and
STATE OF NEW MEXICO,

    Defendants.

## FINAL JUDGMENT

Pursuant to Fed. R. Civ. P. 58(a), and consistent with the Court's Memorandum Opinion and Order dismissing Plaintiff's case,

IT IS ORDERED that this case is DISMISSED without prejudice.

_____
UNITED STATES DISTRICT JUDGE