# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW MEXICO

LUKIS JOSEPH CRUZ,

      Plaintiff,

v.                                        No. 1:18-cv-00655-KG-CG

AUDREY LYNN MOREY and
STATE OF NEW MEXICO,

      Defendants.

## MEMORANDUM OPINION AND ORDER
## DENYING MOTION FOR RESTITUTION

**THIS MATTER** comes before the Court on Plaintiff's Motion for Restitution, Doc. 6, filed March 24, 2020.

Plaintiff brought this civil rights action against Defendants pursuant to 42 U.S.C. § 1983. *See* Complaint, Doc. 1, filed July 18, 2018. The Court dismissed the Section 1983 claim against Defendant Morey for failure to state a claim, dismissed the Section 1983 claim against Defendant State of New Mexico for lack of jurisdiction, declined to exercise supplemental jurisdiction over the state-law claims, dismissed the case and entered Final Judgment on July 24, 2018. *See* Doc's 4 and 5. Plaintiff did not appeal.

On March 24, 2020, Plaintiff filed a letter stating:

> Crime is governing me into poverty. I need restitution and payment for every bit of of time each of my cases takes between the point they knew there was an issue and mature compliance w/ myself. Crime likely convinces itself that it is better than myself but w/o hearing, face, honesty, false virus for the purpose of obtaining U.S. funding or other funding for a false emergency (Probable cause statement). I was once charged a high rate of interest on a debt which turned out to be crime also on the part of the person who made the judgement, likewise in this.

[sic] Motion for Restitution at 1-2.

The Court denies the Motion for Restitution because this case has been dismissed.

**IT IS ORDERED** that Plaintiff's Motion for Restitution, Doc. 6, filed March 24, 2020, is

**DENIED.**

_____
**UNITED STATES DISTRICT JUDGE**