IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

LUKIS JOSEPH CRUZ,

       Plaintiff,

v.                                       No. 1:18-cv-00655-KG-CG

AUDREY LYNN MOREY and
STATE OF NEW MEXICO,

       Defendants.

MEMORANDUM OPINION AND ORDER
DENYING MOTION FOR ORDER

       THIS MATTER comes before the Court on Plaintiff's Motion for Order, Doc. 12, filed April 3, 2020.

       Plaintiff brought this civil rights action against Defendants pursuant to 42 U.S.C. § 1983. *See* Complaint, Doc. 1, filed July 18, 2018.  The Court dismissed the Section 1983 claim against Defendant Morey for failure to state a claim, dismissed the Section 1983 claim against Defendant State of New Mexico for lack of jurisdiction, declined to exercise supplemental jurisdiction over the state-law claims, dismissed the case and entered Final Judgment on July 24, 2018.  *See* Doc's 4 and 5.  Plaintiff did not appeal.

       On April 3, 2020, Plaintiff filed an untitled document[1] in this case stating, among other things:

> In the case of Lukis Cruz and NM w/ Audrey Morey (Cruz) please enter No Fear Action/Federal Fair Hearings Action/auto Felon Grisham-Morey.  This is in response to State law (NEW) removing rights from domestic dispute restraining order recipients … Please enter large jury approx. 100 persons …

---

[1] The caption of the document, which the Clerk's Office filed as a "Motion for Order," references this case "18cv655 KG/CG."

[sic] Motion for Order at 1-2.

The Court denies the Motion for Order because this case has been dismissed.

IT IS ORDERED that Plaintiff's Motion for Order, Doc. 12, filed April 3, 2020, is DENIED.

_____
UNITED STATES DISTRICT JUDGE